UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

*Filed Electronically*

| | |
|---|---|
| ROSELENA HOLT | ) |
|  | ) |
|       Plaintiff, | ) |
|  | ) Case No. 5:19-CV-00257-DCR |
| v. | ) |
|  | ) |
| DORMAKABA USA INC. | ) |
|       Defendant. | ) |

### NOTICE OF SETTLEMENT

Please take notice that the parties have reached a settlement in this matter. An Agreed Order of Dismissal will be filed shortly with the Court.

Respectfully Submitted

s/ Jacinta F. Porter
Jacinta F. Porter
Janine T. Webb
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, Kentucky 40507
Tel: (859) 231-0000
Fax: (859) 231-0011
*Counsel for dormakaba USA Inc.*

and

*s/* Linda B. Sullivan Leahy(w/permission)
Linda B. Sullivan Leahy
Leahy & Leahy PLLC
378 Village Street
Penacook, NH 03303
lbsullivan@comcast.net
*Counsel for Plaintiff Roselena Holt*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on August 5, 2019, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Jacinta F. Porter
*Counsel for Defendant*

0140914.0721907   4820-6434-4223v1